1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SUN CITY PUBLISHING, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYMERE WOODS PKA "LIL UZI VERT", an individual, WESLEY TYLER GLASS PKA "WHEEZY," an individual, JEFFREY WILLIAMS PKA "YOUNG THUG", an individual, SERGIO KITCHENS PKA "GUNNA", an individual, GENERATION NOW, LLC., a Georgia limited liability company; ATLANTIC RECORDS, LLC., a Delaware limited liability corporation and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00052-AB-AFM<br><br>[*PROPOSED*] ORDER DISMISSING ACTION IN ITS ENTIRETY, WITH PREJUDICE |

## ORDER

The Court having received the Stipulation of plaintiff Sun City Publishing, LLC ("Plaintiff") and defendants Atlantic Recording Corporation, erroneously sued as Atlantic Records LLC, and Generation Now, LLC ("Defendants"), this action is hereby **DISMISSED**, in its entirety, with prejudice. Each party shall bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 22, 2023

_____
Hon. André Birotte, Jr.
UNITED STATES DISTRICT JUDGE